IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 15-cv-01843-RM-NYW

ROGER ZACHARY BOLLMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FIRSTBANK HOLDING COMPANY, a Colorado Corporation,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the December 16, 2015 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 37) to: (1) construe Plaintiff's Unopposed Motion to Dismiss His State Law Claim Without Prejudice (ECF No. 35) as a Motion to Amend under FED. R. CIV. P. 15 and, as construed, granted; (2) deny Defendant FirstBank Holding Company's Motion to Dismiss (ECF No. 30) as moot; and (3) deny Defendant FirstBank Holding Company's Motion to Dismiss (ECF No. 23) as moot. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 37 at page 4 n.1) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Wang's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory

committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) **ADOPTS** the Recommendation of United States Magistrate Judge (ECF No. 37) in its entirety;

(2) **CONSTRUES** Plaintiff's Unopposed Motion to Dismiss His State Law Claim Without Prejudice (ECF No. 35) as a Motion to Amend under FED. R. CIV. P. 15 and **GRANTS** the Motion to Amend (ECF No. 35);

(3) **DENIES as MOOT** Defendant FirstBank Holding Company's Motion to Dismiss (ECF No. 30); and

(4) **DENIES as MOOT** Defendant FirstBank Holding Company's Motion to Dismiss (ECF No. 23).

DATED this 8th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge